```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

MATRIX SERVICE, INC.                                CIVIL ACTION

VERSUS                                              NO: 13-6264

INTERNATIONAL-MATEX TANK                            SECTION: J
TERMINALS, LTD.

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby **DISMISSED** without costs, but **WITHOUT PREJUDICE** to the right upon good cause shown, *within sixty days*, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 6th day of June, 2014.

```
                              CARL J. BARBIER
                              UNITED STATES DISTRICT JUDGE
```